■ In the Matter of the Town of Hempstead, Appellant-Respondent, Relative to Acquiring Title to Real Properties for Beach Protection and Park Purposes at Point Lookout on the Atlantic Ocean in the Town of Hempstead, Nassau County. Leonard Little et al., Respondents-Appellants; Estate of Lea Solomon, Deceased, Respondent.— In a proceeding to condemn real property, the Town of Hempstead appeals from a final order insofar as said order affects damage parcels 1, 4, 5, 6 and 7. The owners of damage parcels 1, 4, 5 and 7 also appeal from said order insofar as it affects their respective parcels. Order insofar as it affects damage parcels 1, 4, 5 and 7 unanimously affirmed, without costs. No opinion. Appeal insofar as it affects damage parcel 6 held in abeyance pending the appointment of the legal representative of the claimant-respondent. The court is without jurisdiction to make a determination until the appointment of such a representative. (*Caldwell* v. *Nicolson*, 235 N. Y. 209; *Bronheim* v. *Kelleher*, 258 App. Div. 972; *Matter of Heos* v. *McCloskey*, 278 App. Div. 768.) Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [208 Misc. 84.]

■ In the Matter of Ivy M. Woolcock et al., Respondents, against Robert C. Weaver, as State Rent Administrator, Appellant.— In a proceeding to review a determination of the State Rent Administrator which adhered to his prior determination that two apartments in a four-family dwelling are subject to rent control, the appeal is from an order which annulled said determinations, granted the petition, and declared said apartments to be decontrolled. Appellant found that the building was purchased by four persons as co-owners in 1942, each taking possession of one apartment, and that legal title was taken in the name of one of them. It appears they remained in possession continuously until they sold the property to respondents on May 28, 1953, whereupon they vacated the premises, and thereafter the said apartments were rented to the present tenants. Order unanimously affirmed, without costs. (State Residential Rent Law, § 2, subd. 2, par. [h]; L. 1946, ch. 274, as amd.; State Rent and Eviction Regulations, § 9, subd. 11; *Matter of Davis* v. *Weaver*, 1 A D 2d 975.) Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.